United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLACK STONE INVESTMENT GROUP, | § | CASE NO. 23-33848 |
| | § | |
| | § | Chapter 11 |
| *Debtor.* | § | |
| | § | Judge Eduardo V. Rodriguez |

**ORDER ON FIRST AND FINAL APPLICATION OF SYLVIA MAYER
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE
FOR THE PERIOD FROM OCTOBER 5, 2023 TO MARCH 18, 2024**
[Relates to Docket No. 113]

On this day, came on for consideration the First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Sylvia Mayer (**"Trustee"**), in her capacity as Subchapter V Trustee for the estate of Black Stone Investment Group (the **"Debtor"**), in the above-captioned proceeding, for the period from October 5, 2023 to March 18, 2024.  The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered and costs advanced by the Trustee on behalf of the Debtor's estate, as set out in the Application, were reasonable, actual and necessary.  Accordingly, it is, therefore, ORDERED that

1. The Application is APPROVED.

2. The Court approves compensation to Sylvia Mayer, Subchapter V Trustee, fees in the amount of $8,595.00, plus $500.00 for preparation of the First and Final Fee Application and estimated cost of $54.00 for service of the notice of the First and Final Application, totaling **$9,149.00**, on a final basis.

3. The Court approves disbursement of $5,000.00 from the retainer balance, made pursuant to the Court's order (ECF 12) requiring interim compensation be paid to the Trustee, leaving a remaining balance of $4,149.00 to be paid from the Debtor's estate to the Trustee's firm, S. Mayer Law PLLC.

Signed: April 25, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge