# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**IN RE:**                                         **CASE No. 23-33848**

**BLACK STONE INVESTMENTS**          **CHAPTER 7**       United States Courts
**GROUP, LLC**                                                      Southern District of Texas
                                                                                     **F I L E D**

**DEBTOR**
                                                                                NOV 2 6 2024

                                                                      Nathan Ochsner, Clerk of Court

## REQUEST FOR VERIFICATION
## UNDER PENALTY OF PERJURY ON MOTION FOR SANCTIONS AND CONTEMPT

This motion seeks a certificate of verification pursuant to 18 U.S.C Section 1001 that all statements made by Elisabeth Thomas in her motion for sanction and contempt is true and correct under penalty of perjury.

## TO THE HONORABLE COURT:

COMES NOW, Amin Devon Jones d/b/a Maximum Development and Construction, in his full capacity, and respectfully moves the Court to issue an Order requiring Elisabeth Thomas to submit, under penalty of perjury, a verified certificate within seven (7) days affirming that all statements made in her Motion for Sanctions and Contempt (EFC 201) are true and correct pursuant to 18 U.S.C. § 1001.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests this Honorable Court to:

1. Issue an Order requiring Elisabeth Thomas to provide a verified certificate under penalty of perjury within seven (7) days; and

1

2. Grant any other relief the Court deems just and proper.

                                              Respectfully Submitted

                                              */S/ Amin Devon Jones*
                                              Amin Devon Jones d/b/a
                                              Maximum Development and Construction
                                              5053 Bellaire Blvd. # 2323
                                              Houston, Texas 77401

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 25, 2024, a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

                                                             */S/Amin Jovon Jones*

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **In re:** | **Case No. 23-33848** |
| **BLACK STONE INVESTMENTS GROUP, LLC** | **Chapter 7** |
| **DEBTOR** | |

## ORDER

On November 25, 2024, Amin Devon Jones d/b/a Maximum Development and Construction moved this Court to issue an order requiring Elisabeth Thomas to submit, under penalty of perjury, a verified certificate within seven (7) days affirming that all statements made in her Motion for Sanctions and Contempt (ECF 201) are true and correct pursuant to 18 U.S.C. § 1001.

After reviewing the motion and the applicable law, the Court finds good cause to grant the relief requested.

**IT IS HEREBY ORDERED THAT:**

1. Within seven (7) days of this Order, Elisabeth Thomas shall submit to this Court a verified certificate affirming that all statements made in her Motion for Sanctions and Contempt (ECF 201) are true and correct under penalty of perjury pursuant to 18 U.S.C. § 1001.

SIGNED on this ___ day of November, 2024.

_____
United States Bankruptcy Judge