United States Courts
Southern District of Texas
FILED

DEC 0 4 2024

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BLACK STONE INVESTMENT | § | Case No. 23-33848 |
| GROUP, LLC | § | |
| DEBTOR | § | Chapter 7 |

## MOTION TO COMPEL PRODUCTION OF ELECTRONIC FILING LOGS

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Amin Deven Jones d/b/a Maximum Development and Construction (in full capacity "Movant"), and respectfully moves the Court for an order compelling the production of electronic filing logs related to the docket in this matter. Movant alleges that the docket sheet may have been altered or modified, resulting in significant prejudice. In support of this motion, Movant states as follows:

### I. BACKGROUND

1. Movant is a party in the above-captioned case and has diligently participated in the proceedings.

2. Upon review of the docket sheet dated **November 26, 2004**, Movant discovered **altered notice of service, misleading documents altered using Court seals on documents, e.g., missing entries, modified timestamps, changes to documents and filings, etc.** and on later review a missing payment log payment **Rcpt. No. 40001253** marked **Exhibit A** and notice of non permanent **Exhibit B**.

1

3. The suspected modifications, omissions, or inaccuracies directly impact Movant's ability to pursue the Appeal and undermines Movant's ability in the Court's to receive a fair hearing.

## II. REQUEST FOR RELIEF

1. Movant requests the Court to compel the production of the following for his Appeal.

    a. **Electronic audit logs**: These logs detail access to the case docket and include timestamps of additions, deletions, or modifications.

    b. **User metadata**: Information about users who accessed or modified the docket entries, including IP addresses and system login data.

    c. **Certified docket history**: A certified copy of the docket sheet reflecting the record's condition before and after the suspected alteration.

2. Movant also requests that the Court preserve all electronic case management system logs to ensure no further spoliation or alteration of records occurs.

## III. LEGAL BASIS

1. **Fed. R. Civ. P. 60(b)(3) as stated, also Federal Rules of Evidence 901**: Authentication of evidence, including electronic records, requires validation through metadata and audit trails.

2. **Court's Inherent Authority**: The Court has inherent power to ensure its records are accurate and to prevent abuse of the judicial process.

## IV. PRAYER FOR RELIEF

WHEREFORE, Movant respectfully requests that this Court:

1. Issue an order compelling the production of all electronic filing logs, metadata, and certified docket records related to this case.

2. Grant such other and further relief as the Court deems just and proper.

Respectfully Submitted

/S/ *Amin Devon Jones*

Maximum Development and Construction
5350 Bellaire Blvd. 2323
Bellaire, Texas 77401
Maximumconst@gmail.com
346-228-6665 (telephone)

CC: file

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2024, a true and correct copy of the foregoing was served via Court's CM/CEF system or mail and public notice to all parties.

/S/ *Amin Devon Jones*

3

# EXHIBIT LIST

EXHIBIT A PAYMENT RECEIPT

EXHIBIT B NOTICE OF DEFICIENT FILING FEE

EXHIBIT 1 MISLEADING INFORMATION ON DOCUMENTED USING COURT SEAL TO VERIFY 10/2/2023 @ 9:47PM

EXHIBIT 2 MISLEADING INFORMATION ON DOCUMENTS USING COURT SEAL FOR VERIFY 10/2/2023 @ 9:47PM

EXHIBIT 3 ORIGINAL COURT SEAL DOCUMENTED 10/2/2023 @ 9:47PM

10/2/23, 9:49 PM                     BK CM/ECF LIVE - US Bankruptcy Court-Texas Southern        EXHIBIT 1

CAUSE # 202307511

55TH DISTRICT COURT

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 10/02/2023 at 9:47 PM and filed on 10/02/2023.

Black Stone Investment Group
5322 Bellaire Blvd., Suite 445
Houston, TX 77401
Tax ID / EIN: 83-1712128

**FILED**
Marilyn Burgess
District Clerk

JAN 04 2024
Time: 12:22 PM
By: Gerardo Perez
            Deputy

The case was filed by the debtor's attorney:

William P Haddock
Pendergraft & Simon
2777 Allen Parkway
Suite 800
Houston, TX 77019
713-528-8555

The case was assigned case number 23-33848 to Judge Marvin Isgur.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Nathan Ochsner
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/02/2023 21:49:04 | | |
| PACER Login: | wphaddock | Client Code: | fogarty |
| Description: | Notice of Filing | Search Criteria: | 23-33848 |
| Billable Pages: | 1 | Cost: | 0.10 |

https://ecf.txsb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?466623

United States Bankruptcy Court
Southern District of Texas



**EXHIBIT 2**

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 10/02/2023 at 9:47 PM and filed on 10/02/2023.

**Black Stone Investment Group**
5322 Bellaire Blvd., Suite 445
Houston, TX 77401
Tax ID / EIN: 83-1712128

The case was filed by the debtor's attorney:

Jack N. Fuerst
Jack N. Fuerst, Attorney at Law
2500 Tanglewilde Street
Suite 320
Houston, TX 77063
713-299-8221

The bankruptcy trustee is:

Eva S Engelhart
Ross Banks May Cron and Cavin PC
7700 San Felipe
Suite 550
Houston, TX 77063
713-626-1200

The case was assigned case number 23-33848 to Judge Eduardo V Rodriguez.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Nathan Ochsner
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/25/2024 13:01:25 | | | |
| PACER Login: | dwtang1535 | Client Code: | client |
| Description: | Notice of Filing | Search Criteria: | 23-33848 |
| Billable Pages: | 1 | Cost: | 0.10 |

EXHIBIT ___-___

United States Bankruptcy Court
Southern District of Texas

EXHIBIT 3

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 10/02/2023 at 9:47 PM and filed on 10/02/2023.

**Black Stone Investment Group**
5322 Bellaire Blvd., Suite 445
Houston, TX 77401
Tax ID / EIN: 83-1712128

The case was filed by the debtor's attorney:

**William P Haddock**
Pendergraft & Simon
2777 Allen Parkway
Suite 800
Houston, TX 77019
713-528-8555

The bankruptcy trustee is:

**Sylvia Mayer**
S. Mayer Law — Notice of Appt entered 10/5/23
PO Box 6542
Houston, TX 77265
713-703-3331

The case was assigned case number 23-33848 to Judge Eduardo V Rodriguez. — Case Reassigned from Judge Isgur entered 10/17/23

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Nathan Ochsner
Clerk, U.S. Bankruptcy Court

1-2

FTR: Notice of Discrepency of Appointment (Trustee) and Reassignment (Judge) to ensure accurate

EXHIBIT 4

CAUSE NO. 1166986

| | | |
|---|---|---|
| MAXIMUM DEVELOPMENT AND CONSTRUCTION, *Plaintiff* | § § § § § § § § § § | IN THE COUNTY COURT<br><br>COURT AT LAW NO. 2<br><br>HARRIS COUNTY, TEXAS |
| v. | | |
| EDDIE GOMAR, et al *Defendant* | | |

## MOTION TO TAKE JUDICIAL NOTICE OF FACTS

TO THE HONORABLE JUDGE OF SAID COURT.

Plaintiff, *Maximum Development and Construction* requests that this Court take judicial notice of the following facts. The knowingly and willful exploitation of Plaintiff Devon Jones's employees and business associates Defendant Eddie Gomar has cause Plaintiff sever injuries and continues to cause Plaintiff harm as a result from the misrepresentation of David Tang's attorney to John Ma, attorney for Pet Na, attorney for Bernardo Garcia, and attorney for David Eng, Trade Resources, Benchmark Holdings as it relates to Eddy Gomar et. al to Plaintiff. Misrepresentation has created a grave conflict of interest in that Plaintiffs rights to real property was siized by the above named employees, business associates and adverse parties which injured and continues to cause injuries to Plaintiff and can be construed as unlawful and unethical practices as it relates to multiple causes of action (See Exhibit A). Plaintiff's rights to access the real property is being denied due to the monopolized conflict of interest. To avoid further irreparable harm to Plaintiff, notice is given requesting the conflict be corrected within twenty one (21) days, therein, Plaintiff's

1 -3

property be release by the former employees and business associates to reinstate Plaintiff rights to conduct business in the State of Texas, Louisiana and Florida.

Tang first represented Plaintiff and then represented Eng in multiple lawsuits beginning on or about December 2018, some joining together under David Eng d/b/a Builders Backbone, Trade Resources d/b/a Builders Backbone, Benchmark Holdings LLC, Benchmark (See attached Exhibits).

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully request that the Court take judicial notice of this Notice and Exhibits.

Dated: 3 / 11 / 22

Respectfully submitted,

By,
/s/ Devon Jones
Devon Jones/Pro Se
8588 Katy Freeway, Suite 450
Houston, Texas 77024
Tel. (832) 207-4876
Email: maximumconst@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Texas Rules of Civil Procedure on all counsel of record on this the 3 day of 11, 2022.

/s/ Devon Jones
Devon Jones/Pro Se

David Tang     7022 1670 0002 2257 5035
4509 Holt
Bellaire, TX 77008

6711 Stella Link #343     7022 1670 0002 2257 5042
West University Place, TX 77005
dtangattorney@gmail.com

Benchmark Holding LLC, Trade Resources Inc., d/b/a David Eng, Yi Jing
Katie CAI, Building Material Trade Inc
12622 Memorial Dr., #119
Houston, TX 77024     7022 1670 0002 2257 5059

922 Rasmus Dr.
Houston, TX 77063     7022 1670 0002 2257 5066

12822 ½ Hempstead Rd., Suite A
Houston, TX 77092     7022 1670 0002 2257 5073

Pradiq J. Morbia     7022 1670 0002 2257 5080
415 Kings Row
Port Neches, TX 77651

Daniel Jaweed     7022 1670 0002 2257 5097
14915 Lake Woodbridge Court
Sugar Land, TX 77498

Nicholas Spencer     7022 1670 0002 2257 5103
9100 Southwest Freeway, Suite 122
Houston, TX 77047

Uniform Property Management LLC
1700 Post Oaks
Houston, TX 77056     7022 1670 0002 2257 5110

Charles "Scott" Nichols
2402 Dunlavy Street
Houston, TX 77006     7022 1670 0002 2257 5127
SNichols@nicholsbraf.com

3~3

## MOTION TO TAKE JUDICIAL NOTICE OF FACTS

TO THE HONORABLE JUDGE OF SAID COURT.

Plaintiff, *Maximum Development and Construction* requests that this Court take judicial notice of the following facts. The knowingly and willful exploitation of Plaintiff Devon Jones's employees and business associates Defendant Eddie Gomar has cause Plaintiff sever injuries and continues to cause Plaintiff harm as a result from the misrepresentation of David Tang's attorney to John Ma, attorney for Pet Na, attorney for Bernardo Garcia, and attorney for David Eng, Trade Resources, Benchmark Holdings as it relates to Eddy Gomar et. al to Plaintiff. Misrepresentation has created a grave conflict of interest in that Plaintiffs rights to real property was seized by the above named employees, business associates and adverse parties which injured and continues to cause injuries to Plaintiff and can be construed as unlawful and unethical practices as it relates to multiple causes of action (See Exhibit A). Plaintiff's rights to access the real property is being denied due to the monopolized conflict of interest. To avoid further irreparable harm to Plaintiff, notice is given requesting the conflict be corrected within twenty one (21) days, therein, Plaintiff's

1 -3

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 1 of 3
Attest: 6/27/2023
Teneshia Hudspeth, County Clerk
Harris County, Texas



_____ Deputy    CON:1189736|19185289

```
                    TRANSMISSION VERIFICATION REPORT

                                    TIME    :   08/19/2016   06:55
                                    NAME    :   DTANGATTYA
                                    FAX     :   8322173227
                                    TEL     :   8322872129
                                    SER.#   :   000L8J418629

DATE, TIME                          08/19  06:55
FAX NO./NAME                        7135291705
DURATION                            00:00:27
PAGE(S)                             01
RESULT                              OK
MODE                                STANDARD
```

# DAVID TANG
## ATTORNEY AT LAW

6711 Stella Link, #343
Houston, Texas 77005
Tel: 832.287.2129
Fax: 832.217.3227
dtangattorney@gmail.co

**UNOFFICIAL COPY**

TO:    NAME                FACSIMILE NO.            TELEPHONE NO.

August 19, 2016

1.   Mr. Alan Mangenheim          *713-529-1705*

FROM:  DAVID TANG
PAGES:
(including cover sheet)

REMARKS:

Alan,

Per the hearing and the Court's suggestion, I can and will tender the $120,000.00 to you or I can tender into the registry of the Court as agreed. There cannot be any interest accrued on the $120,000.00 because it is not due yet and your clients would not be entitled to it before any due date. Let me know.

---

Notice: Unless otherwise indicated or obvious form the nature of the transminal, the information contained in this facsimile is confidential information protected by attorney-client privilege intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee, or the agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by telephone and return the original message to David Tang at the above street address via the U.S. Postal Service at our expense.

Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 14, 2020.



In The

## Fourteenth Court of Appeals

NO. 14-20-00236-CV

SENSATE PROPERTIES, LLC, Appellant

V.

RAYMOND KWONG AND FRANCES WONG, Appellee

On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1068559

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 16, 2020. On April 6, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.





# MANDATE

## The Fourteenth Court of Appeals

### NO. 14-20-00236-CV

| | |
|---|---|
| Sensate Properties, LLC, Appellant | Appealed from County Civil Court at Law No. 4 of Harris County. (Trial Court No. 1068559). Opinion delivered Per Curiam. |
| v. | |
| Raymond Kwong and Frances Wong, Appellees | |

TO COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:

Before our Court of Appeals on April 14, 2020, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 16, 2020. Having considered the motion and found it meritorious, we order the appeal DISMISSED.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sensate Properties, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, Texas, April 14, 2020.



CHRISTOPHER A. PRINE, CLERK

*Christopher A. Prine*

UNOFFICIAL COPY

# EXHIBIT LIST

EXHIBIT A PAYMENT RECEIPT

EXHIBIT B NOTICE OF DEFICIENT FILING FEE

EXHIBIT 1 MISLEADING INFORMATION ON DOCUMENTED USING COURT SEAL TO VERIFY 10/2/2023 @ 9:47PM

EXHIBIT 2 MISLEADING INFORMATION ON DOCUMENTS USING COURT SEAL FOR VERIFY 10/2/2023 @ 9:47PM

EXHIBIT 3 ORIGINAL COURT SEAL DOCUMENTED 10/2/2023 @ 9:47PM

EXHIBIT 4 JUDICIAL NOTICE DAVID TAND AS ATTORNEY