IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-33848 |
| | § | |
| BLACKSTONE INVESTEMENT GROUP | § | Chapter 7 |
| | § | |
| *Debtor.* | § | |

### ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING
[Relates to ECF No. 371]

It is

**ORDERED** that the Trustee's Emergency Motion to Continue Hearing is GRANTED, and it is further

**ORDERED** that the hearing on the *Trustee's Motion to Declare Amin Devon Jones a Vexatious Litigation and Entry of Anti-Filing Injunction at ECF No. 328* is continued to:

DATE: October 8, 2025 at 1:30 p.m. Courtroom 8B Houston Texas

Signed: August 06, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge